UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOANE-JOHN HEIMULI, | No. C-10-0020 EMC |
| Plaintiff, | |
| v. | **ORDER RE SUPPLEMENTAL EVIDENCE** |
| AMERICAN HOME MORTGAGE SERVICING, INC., et al., | **(Docket No. 3)** |
| Defendants. _____/ | |

Plaintiff has filed a motion to remand, which is currently set for hearing on March 31, 2010. Having considered the parties' briefs and accompanying submissions, the Court hereby orders that Plaintiff provide supplemental evidence in support of its motion. More specifically, the Court orders that Plaintiff provide evidence, such as a proof of service, establishing the date that each Defendant in this case was served with the summons and complaint. The supplemental evidence shall be filed and served within three days of the date of this order.

IT IS SO ORDERED.

Dated: March 18, 2010

_____
EDWARD M. CHEN
United States Magistrate Judge